# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-four,

_____

Andrew Mullings,

      Plaintiff - Appellant,

  v.

Edward Burnett, Superintendent, Fishkill Correctional Facility, in their individual capacity, Michael Daye, First Department Superintendent, Fishkill Correctional Facility, in their individual capacity, C. Churns, Captain, Fishkill Correctional Facility, in their individual capacity, Joseph Noeth, Deputy Commissioner Facility Operations, N.Y.D.O.C.S. & C.S., in their individual capacity, Darren Miller, AKA Dice, AKA Darren Thomas, Chief Investigator N.Y.D.O.C.S. & C.S. OSI, in their individual capacity, S. Thompson, Correctional Officer, Fishkill Correctional Facility, in their individual capacity, Chad LeClair, Correction Officer, Wallkill Correctional Facility, 12-48: John Doe, C.E.R.T. Officers 1-40 that searched housing unit 10-2, in their individual capacities,

      Defendants - Appellees,

C.E.R.T. Officer, ID# 17?28, in their individual capacity, M. Pierre, RN, Fishkill Correctional Facility, in their individual capacity, Gaetan Zamilus, MD, Fishkill Correctional Facility, in their individual capacity, J. Wilson, Corrections Officer, Fishkill Correctional Facility, Steve Farrell, Correctional Officer, Fishkill Correctional Facility, 12-48 JOHN DOE, C.E.R.T. Officer(s), #s 1-38 that searched Housing Unit 10-2

      Defendants.

_____

**ORDER**
Docket No. 24-2178

A notice of appeal was filed on August 16, 2024. The filing fee of $605.00 was due to be paid to the district court by August 30, 2024. The case is deemed in default.

Instructions for moving for in forma pauperis status are provided in the Court's instructions entitled *"How to Appeal a Civil or Criminal Case in the United States Court of Appeals for the Second Circuit".* The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal may be dismissed by September 24, 2024, unless by that date appellant either pays the fee in full, moves for in *forma pauperis* status in district court or, if district court has denied in *forma pauperis* status, moves in this Court for in forma pauperis status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court